UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **RHINELANDER HERNANDEZ,** : | |
| : | **CIVIL ACTION NO. 1:21-0599** |
| **Petitioner** : | |
| : | **(JUDGE MANNION)** |
| v. : | |
| : | |
| **WARDEN FPC-LEWISBURG,** : | |
| : | |
| **Respondent** : | |

## ORDER

In accordance with the Memorandum issued this date, **IT IS HEREBY ORDERED THAT**:

1. Petitioner Rhinelander Hernandez's petition (Doc. 1) for a writ of habeas corpus pursuant to 28 U.S.C. §2241 is **DENIED**.

2. The Clerk of Court is directed to **CLOSE** this case.

*s/ Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

Dated:  February 14, 2022
21-0599-01-ORDER